# OFFICE OF THE FEDERAL PUBLIC DEFENDER
## DISTRICT OF MARYLAND

NORTHERN DIVISION
TOWER II, 9th FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL:  (410) 962-3962
FAX:  (410) 962-0872

JAMES WYDA  
FEDERAL PUBLIC DEFENDER

SUSIE HENSLER  
STAFF ATTORNEY

September 15, 2014

The Honorable William D. Quarles, Jr.
United States District Court
  for the District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

      Re:    *United States v. Deon Lionnel Smith*
                 Crim. No.: WDQ-03-0213

Dear Judge Quarles:

      On September 2, 2014, Mr. Smith pled guilty to "C" grade violations of his term of federal supervised release, and, subsequently, the Court continued sentencing to permit the parties to render proposals for Mr. Smith's sentencing hearing, which is currently scheduled for next Tuesday, September 23, 2014, at 1 p.m.

      We recommend that the Court impose a time-served sentence of incarceration and modify the conditions of Mr. Smith's supervised release with a condition of home detention.[1]  In a presentation made by defense counsel at the September 2nd hearing, and in a letter to the Court dated August 29, 2014 (ECF #128), defense counsel described Mr. Smith's business (i.e. a music kiosk located in Mondawmin Mall) and his familial responsibilities.  With those in mind, we recommend that the Court impose electronic monitoring with a curfew.  Specifically, we request that he be permitted to leave his home at 7:30 am and required to return to his home at 6 pm on weekdays.  In the interim hours, we recommend that the Court order that he be permitted to do the following:

- Transport his two school-age children to the bus stop for Arbutus Middle School;
- Transport his wife, Pasua Smith, to her place of employment at the City of Baltimore;
- Go directly to his workplace at Mondawmin Mall, so that he can cover the 10 a.m. to 2 p.m. shift during the week[2];

---

[1]    It is worth noting that the "Policy Statement" in the United States Sentencing Guidelines Manual countenances such an approach.  U.S.S.G. § 7B1.3(a)(2) ("Revocation of Probation or Supervised Release") provides that "[u]pon a finding of a Grade C violation, the court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release *and/or modify the conditions of supervision*." (emphasis added)

[2]    Mr. Smith's kiosk is open from 10 a.m. until 9 p.m. from Monday - Saturday, and from 12 until 6 p.m. on Sunday.  The kiosk is required to stay open during these hours or risk being

The Honorable William D. Quarles, Jr.
*United States v. Deon Lionnel Smith,* WDQ-03-0213
September 15, 2014
Page 2 of 2

- Pick up his children from their bus stop after school and take them home; and
- Pick up his wife from work.

The U.S. Probation Office has confirmed that it would be possible to supervise Mr. Smith on electronic monitoring on these proposed conditions.

  This information is offered not as an excuse for the conduct at the center of this petition, but rather, to assist the Court in fashioning an appropriate sentence for this violation.  We thank the Court in advance for its consideration of this correspondence.

            Very truly yours,

            /s/

            Susie Hensler
            Staff Attorney


cc: Harry Gruber, AUSA (by email)
   Kathleen Galloway, USPO (by email)
   Deon Smith (by U.S. mail)

---

fined—as Mondawmin Mall is open during these times.  *See* http://www.mondawmin.com/visit. Mr. Smith has one regular employee, who cannot meet the business' hours alone.  For that reason, they will work together on a weekly schedule which would comport with the conditions of electronic monitoring, if imposed.